FILED

06/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0579

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0579

_____

JOSEPH E. LAWRENCE,

      Plaintiff and Appellant,

  v.

LARRY PASHA, MONTANA DEPARTMENT
OF CORRECTIONS, REGINALD MICHAEL,
LYNN GUYER, MICHELE MORGENROTH,
BILL WEDDINGTON, HAROLD STREY,
MARIEKE BECK, CHAD DAY, STATE OF
MONTANA, MONTANA STATE PRISON,
MONTANA HUMAN RIGHTS BUREAU, and
MONTANA MDOC PREA COORDINATION,

      Defendants and Appellees.

                              O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Joseph E. Lawrence, to all counsel of record, and to the Honorable Ray Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 7 2023